## Landberg's Case.

Argued April 23, 1937. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Harry A. Mackey,* for appellant.

*John Hampton Barnes,* for Board of Governance.

PER CURIAM, January 17, 1938:

After a review of the record we concur in the findings of the Board of Governance. In *Rosenbaum's Case,* 300 Pa. 465, we stated that their recommendations "come to us carrying weighty presumptions of justice and propriety," and we have no intent or desire to weaken this salutary rule. The recommendation of the Board of Governance is approved and the appellant, John N. Landberg, is disbarred from the practice of law.